FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 2 7 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT[1]

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-928 JB |
| ) | |
| vs. ) | 18 U.S.C. § 922(g)(1): Felon in |
| ) | Possession of a Firearm and Ammunition. |
| **GREGORY DIAZ**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about October 3, 2018, in San Juan County, in the District of New Mexico, the defendant, **GREGORY DIAZ**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1)  possession of a controlled Substance (methamphetamine),

(2)  attempt to commit residential burglary,

(3)  abuse of a child, and

(4)  possession of a firearm or destructive device by a felon;

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

3/19/2019 10:44 AM