# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 19-928 JB | UNITED STATES vs. DIAZ | |
| Hearing Date: | 10/16/2020 | Time In and Out: | 9:55-10:02 |
| Courtroom Deputy: | N. Maestas | Courtroom: | ABQ Zoom |
| Defendant: | Gregory Diaz | Defendant's Counsel: | Aric Elsenheimer (for purposes of the Initial Appearance only) |
| AUSA: | Allison Jaros | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant wants Court appointed counsel
- [x] Government moves to detain        ☐ Government does not recommend detention
- [x] Set for Arraignment/Detention Hearing   on Tuesday, October 20, 2020   @ 9:30

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause        ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- [x] Defendant detained pending hearing
- ☐ Conditions

## Other

- [x] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to       for Final Revocation Hearing
- ☐