IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   No. CR 19-0928 JB

GREGORY DIAZ,

    Defendant.

## ORDER FOR THE SUBSTITUTION OF COUNSEL

    Upon consideration of Defendant's Unopposed Motion for Substitution of Counsel and Entry of Appearance [32], the Court determines that the Motion is well taken and will be GRANTED. Therefore, it is ORDERED that Daniel B. Snyder be substituted as Attorney of Record, in place of Alonzo J. Padilla for Defendant Gregory Diaz.

_____
UNITED STATES DISTRICT JUDGE